IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VOICEFILL, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>WEST INTERACTIVE CORPORATION, WEST DIRECT INC., WEST DIRECT, LLC, WEST DIRECT II INC., and WEST CORPORATION,<br><br>        Defendants. | 8:11-CV-421<br><br>ORDER |

    This matter is before the Court on the defendants' Unopposed Motion for Dismissal of Defendant West Direct, Inc. Without Prejudice and Amendment of Caption (filing 59). The defendants' motion is granted. West Direct, Inc. will be dismissed without prejudice as a party, and the case caption will be amended accordingly.

    IT IS ORDERED:

    1.    West Direct, Inc. is dismissed without prejudice as a party.

    2.    The case caption will be amended to read, "VoiceFill, LLC v. West Interactive Corporation, West Direct, LLC, West Direct II, Inc., and West Corporation."

Dated this 15th day of June, 2012.

                                              BY THE COURT:

                                              John M. Gerrard<br>
                                              United States District Judge